IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.<br><br>                           Plaintiffs,<br><br>v.<br><br>MAARV WATERPROOFING, INC.,<br><br>                           Defendant. | CASE NUMBER: 1:07CV00501<br><br>JUDGE: Richard J. Leon |

**ANSWER OF DEFENDANT TO PLAINTIFFS' COMPLAINT**

Defendant, Maarv Waterproofing, Inc., by and through its attorneys, responds to the allegations of Plaintiffs' Complaint as follows:

**JURISDICTION**

1.  Admitted only that this action has been brought by the IPF and the IMI. The remaining allegations set forth in paragraph 1 constitute legal conclusions to which no response is required.

2.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation in paragraph 2 that the IPF and IMI are administered in the District of Columbia. The remaining allegations set forth in paragraph 2 constitute legal conclusions to which no response is required.

3.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation in paragraph 3 that BAC maintains its principle office in the District of Columbia. The remaining allegation set forth in paragraph 3 constitutes legal conclusions to which no response is required.

## PARTIES

4. Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 4 and therefore denies these allegations.

5. Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 5 and therefore denies these allegations.

6. Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 6 and therefore denies these allegations.

7. Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 7 and therefore denies these allegations.

8. Admitted.

9. Denied.

## VIOLATION CHARGED

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied. By way of further answer, it is denied that Defendant owes Plaintiffs any delinquent contributions.

16. Denied.

17. Denied.

18. Denied.

**WHEREFORE**, Defendant respectfully requests that the Court dismiss Plaintiffs' Complaint with prejudice and that Defendant be awarded attorneys' fees and costs of suit.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Some or all of the damages requested by Plaintiff are not recoverable as a matter of law.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust its administrative remedies.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by applicable statutes of limitations and/or repose.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred by the doctrines of laches, waiver, estoppel and/or unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate its damages.

### SEVENTH AFFIRMATIVE DEFENSE

Any agreements with the Plaintiffs were procured by fraud by Plaintiffs.

**WHEREFORE**, Defendant respectfully requests that the Court dismiss Plaintiffs' Complaint with prejudice and that Defendant be awarded attorneys' fees and costs of suit.

>Respectfully submitted,
>
>ARCHER & GREINER
>
>BY:   /s/ Alexander Nemiroff
>ALEXANDER NEMIROFF
>Bar No. 454408
>One Centennial Square
>Haddonfield, New Jersey 08033
>(856) 795-2121
>Attorneys for Defendant

OF COUNSEL:
PETER L. FRATTARELLI*
DOUGLAS DIAZ*
One Centennial Square
Haddonfield, New Jersey 08033
(856) 795-2121
Attorneys for Defendant

Dated: May 3, 2007

*Application for *pro hac vice* admission of Peter L. Frattarelli and Douglas Diaz shall be made at the appropriate time.

5

## CERTIFICATE OF SERVICE

I, Alexander Nemiroff, hereby certify that on this 3rd day of May 2007, I caused the foregoing Answer of Defendant to Plaintiffs' Complaint to be electronically filed with the Court and, therefore, the aforementioned document is available for viewing and downloading from the Electronic Case Filing System.

s/ Alexander Nemiroff
ALEXANDER NEMIROFF

2639091v1