IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:CV 07-0501 |
| ) | Hon. Richard J. Leon |
| MAARV WATERPROOFING, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT REPORT UNDER LOCAL CIVIL RULE 16.3

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, Plaintiffs and Defendant jointly submit the following report:

1. The parties believe that all or part of this case may be resolved by dispositive motion following discovery.

2. The parties believe that any other party should be joined or the pleadings amended within 45 days after the issuance of the Court's scheduling order. The parties believe that it is possible that some of the factual and legal issues can be agreed upon or narrowed.

3. The parties do not wish to have this case referred to a Magistrate for all purposes.

4. The parties believe that there is a possibility that the case can be settled.

2011972.02

5. Counsel have discussed alternative dispute resolution with their clients and do not wish to participate in alternative dispute resolution procedures at this time.

6. The parties believe that all or part of the case may be resolved by summary judgment. The parties propose the following schedule: Dispositive motions should be filed by November 12, 2007; opposing memoranda should be filed by December 3, 2007; and reply briefs should be filed by December 17, 2007.

7. The parties do not wish to dispense with the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

8. The parties believe that discovery is required. The parties desire until October 29, 2007 for the completion of discovery.

9. The parties do not anticipate the use of expert witnesses in this case. However, the parties reserve the right to name expert witnesses at a later date if need arises.

10. Not applicable (as to class actions).

11. The parties agree that the trial and discovery should not be bifurcated or managed in phases.

12. The parties agree that the date of the pretrial conference should be 30 days after dispositive motions are decided.

13. The parties agree that the Court should set a firm trial date at the pretrial conference.

2011972.02

14. The parties do not believe that there are other matters appropriate for inclusion in the scheduling order.

Dated: June 7, 2007

By: _____/s_____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
  DICKSTEIN SHAPIRO LLP
  1825 Eye Street, NW
  Washington, DC  20006
  T:  (202) 420-2234
  F:  (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.


By: _____/s_____
Alexander Nemiroff, DC Bar No. 454408
Peter L. Frattarelli
Douglas Diaz
  ARCHER & GREINER
  One Centennial Square
  Haddonfield, NJ  08033
  T:  (856) 795-2121
  F:  (856) 795-0574

Attorneys for Defendant
Maarv Waterproofing, Inc.

2011972.02

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:CV 07-0501 |
| MAARV WATERPROOFING, INC., | ) Hon. Richard J. Leon ) |
| Defendant. | ) ) ) |

## ORDER

Any other parties shall be joined or the pleadings amended within 45 days of the issuance of the Court's scheduling order. Discovery will be permitted until October 29, 2007. Dispositive motions shall be filed by November 12, 2007; memoranda in opposition shall be filed by December 3, 2007; and reply briefs shall be filed by December 17, 2007.

**SO ORDERED**, this _____ day of _____, 2007.

_____
United States District Judge
Richard J. Leon

2270189.01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MAARV WATERPROOFING, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:CV 07-0501 <br> ) Hon. Richard J. Leon <br> ) <br> ) <br> ) |

## **LOCAL RULE 7(K) STATEMENT**

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esq.
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, DC  20006
> Telephone: (202) 420-2234
> Facsimile   (202) 420-2201
>
> Alexander Nemiroff, Esq.
> Peter L. Frattarelli Esq.
> Douglas Diaz, Esq.
> Archer & Greiner
> One Centennial Square
> Haddonfield, NJ  08033
> Telephone: (856) 795-2121
> Facsimile   (856) 795-0574

2270185.01