IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | |
| Plaintiffs, | CASE NUMBER: 1:07CV00501 |
| v. | JUDGE: Richard J. Leon |
| MAARV WATERPROOFING, INC., | |
| Defendant. | |

**MOTION TO ADMIT PETER L. FRATTARELLI, ESQUIRE AND DOUGLAS DIAZ, ESQUIRE, *PRO HAC VICE***

Alexander Nemiroff, an attorney-at-law admitted to practice in the United States District Court for the District of Columbia, and counsel for Defendant in this action, hereby moves for the admission *pro hac vice* of Peter L. Frattarelli, Esquire and Douglas Diaz, Esquire, of the law firm of Archer & Greiner, P.C., and in support thereof states as follows:

1. Mr. Frattarelli is admitted to practice and in good standing in the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, the United States Supreme Court, and the Supreme Courts of Pennsylvania, New Jersey, and Delaware.

2. Mr. Diaz is admitted to practice and in good standing in the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the Supreme Courts of Pennsylvania and New Jersey.

3.  Neither Mr. Frattarelli nor Mr. Diaz has been admitted *pro hac vice* in this Court within the last two years.

4.  Both Mr. Frattarelli and Mr. Diaz have in-depth knowledge of this case and their participation in these proceedings as counsel of record is essential to the fairness of the proceedings and to the defendant.

5.  The declarations of Mr. Frattarelli and Mr. Diaz in support of this motion are attached hereto and incorporated herein as if fully set forth at length.

WHEREFORE, Alexander Nemiroff respectfully moves that Peter L. Frattarelli and Douglas Diaz, be admitted to the Bar of this Court *pro hac vice* in the above-captioned case.

Respectfully submitted,

ARCHER & GREINER, P.C.

By: _____
Alexander Nemiroff
D.C. Bar No. 454408
One Centennial Square
Haddonfield, New Jersey 08033
(856) 795-2121

Attorneys for Defendant

2678252v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>MAARV WATERPROOFING, INC.,<br><br>                    Defendant. | CASE NUMBER: 1:07CV00501<br><br>JUDGE: Richard J. Leon |

## DECLARATION OF DOUGLAS DIAZ

DOUGLAS DIAZ, ESQUIRE, hereby declares and says as follows:

1. I am an associate in the law firm of Archer & Greiner, A Professional Corporation, and am an attorney at law of the State of New Jersey.

2. Plaintiff in this action, Maarv Waterproofing, Inc. ("Maarv"), has requested that I represent it in this action for purposes of continuity and efficiency. I have been asked by Maarv to participate actively in this litigation and to appear in various proceedings during the course of the litigation.

3. I maintain my principal office for the practice of law at my firm's office at One Centennial Square, Haddonfield, New Jersey 08033. I am admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the Supreme Courts of Pennsylvania and New Jersey. I have not been denied admission to nor have I been subject to discipline by any Court.

1

4.  Upon admission to this Court *pro hac vice*, I will abide by the rules governing the Courts of the United States District Court for the District of Columbia.

5.  I will have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in the District of Columbia. I have not been admitted *pro hac vice* in this Court within the last two years.

6.  In light of the foregoing, I respectfully request on behalf of Maarv that I be admitted *pro hac vice* for the purpose of representing Maarv in this matter in association with counsel of record.

_____
DOUGLAS DIAZ

2678150v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | |
| Plaintiffs, | CASE NUMBER: 1:07CV00501 |
| v. | JUDGE: Richard J. Leon |
| MAARV WATERPROOFING, INC., | |
| Defendant. | |

**DECLARATION OF PETER FRATTARELLI**

PETER FRATTARELLI, ESQUIRE, hereby declares and says as follows:

1. I am a partner in the law firm of Archer & Greiner, A Professional Corporation, and am an attorney at law of the State of New Jersey.

2. Plaintiff in this action, Maarv Waterproofing, Inc. ("Maarv"), has requested that I represent it in this action. I have been asked by Maarv to participate actively in this litigation and to appear in various proceedings during the course of the litigation.

3. I maintain my principal office for the practice of law at my firm's office at One Centennial Square, Haddonfield, New Jersey 08033. I am admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, the United States Supreme Court, and the Supreme Courts of Pennsylvania, New Jersey, and Delaware. I have not been denied admission to nor have I been subject to discipline by any Court.

4. Upon admission to this Court *pro hac vice*, I will abide by the rules governing the Courts of the United States District Court for the District of Columbia.

5. I will have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in the District of Columbia. I have not been admitted *pro hac vice* in this Court within the last two years.

6. In light of the foregoing, I respectfully request on behalf of Maarv that I be admitted *pro hac vice* for the purpose of representing Maarv in this matter in association with counsel of record.

_____
PETER L. FRATTARELLI

2678175v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | |
| Plaintiffs, | CASE NUMBER: 1:07CV00501 |
| v. | |
| MAARV WATERPROOFING, INC., | |
| Defendant. | |

**ORDER ADMITTING PETER L. FRATTARELLI, ESQUIRE AND DOUGLAS DIAZ, ESQUIRE, *PRO HAC VICE***

Upon consideration of the defendant's Motion to Admit Peter L. Frattarelli, Esquire and Douglas Diaz, Esquire, *pro hac vice*, and for good cause shown, it is hereby:

ORDERED that Peter L. Frattarelli, Esquire and Douglas Diaz, Esquire, shall be admitted to practice law in the United States District Court for the District of Columbia in the above-captioned case only, and

IT IS FURTHER ORDERED, that Peter L. Frattarelli, Esquire and Douglas Diaz, Esquire may participate in all pretrial proceedings, the trial, and post-trial proceedings.

ENTERED this _____ day of _____, 2007.

_____
RICHARD J. LEON
Judge, United States District Court

2678265v1