IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:CV 07-0501 |
| MAARV WATERPROOFING, INC., | ) Hon. Richard J. Leon |
| | ) |
| Defendant. | ) |

**JOINT STATEMENT OF STATUTORY BASIS FOR ALL CAUSES
OF ACTION AND BRIEF STATEMENT OF CASE**

**Jurisdiction and Venue**

1. This is an action brought by the fiduciaries of the Bricklayers & Trowel Trades International Pension Fund ("IPF" or "Fund") and the fiduciaries of the International Masonry Institute ("IMI") to enforce the terms of the Plan and Trust Agreements adopted by the IPF and IMI, and the provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), and by the International Union of Bricklayers and Allied Craftworkers ("BAC") to enforce the provisions of the Labor Management Relations Act ("LMRA"). This action arises under the laws of the United States, specifically Section 502(a)(3), 502(g)(2), and 515 of ERISA, 29 U.S.C. §§ 1132(a)(3), 1132(g)(2), 1145, and Section 301 of the LMRA, 29 U.S.C. § 185. Pursuant to Section 502(e)(1) of ERISA, 29 U.S.C. § 1132(e)(1), jurisdiction is therefore conferred on this Court as to the claims brought on behalf of the IPF and IMI. As to the claims brought on behalf of the BAC, jurisdiction is conferred under Section 301(c) of the LMRA, 29 U.S.C. § 185(c).

2271682.01

2. Plaintiffs aver that the IPF and IMI are administered in the District of Columbia and that venue for the claims asserted by the IPF and IMI is conferred on this Court pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2), which provides:

> (2) Where an action under this subchapter is brought in a district court of the United States, it may be brought in the district where the plan is administered, where the breach took place, or where a defendant resides or may be found, and process may be served in any other district where a defendant resides or may be found.

3. Plaintiffs aver that BAC maintains its principle office in the District of Columbia and that venue for the claims asserted by the BAC is therefore conferred on this Court pursuant to Section 301(c)(1) of the LMRA, 29 U.S.C. § 185(c)(1).

### Brief Statement of Case[1]

4. This is an action brought by fiduciaries of an ERISA fund to collect alleged employer delinquencies.

5. Plaintiffs assert that Defendant Maarv Waterproofing, Inc. has executed collective bargaining agreements with local union(s) of the International Union of Bricklayers and Allied Craftworkers that obligate Defendant to submit monthly reports and contributions for work performed covered by the agreements.

6. Plaintiffs have completed an audit of the books and records of Defendant, performed by the independent accounting firm of Calibre CPA Group, PLLC, that they contend shows delinquent amounts owed to the IPF by Defendant and seek damages in the total amount of $463,312.10. Defendant denies that any delinquent amounts are owed to Plaintiffs and denies that it

---

[1] The Parties filed a Joint Report under Local Civil Rule 16.3 on June 7, 2007.

was obligated to make any contributions pursuant to the collective bargaining agreements referenced by Plaintiffs.

Respectfully submitted,

Dated: June 20, 2007                By: _____/s/_____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
T: (202) 420-2234
F: (202) 420-2201

Attorneys for Plaintiffs
Flynn, et al.

Dated: June 20, 2007                By: _____/s/_____
Alexander Nemiroff, DC Bar No. 454408
Peter L. Frattarelli
Douglas Diaz
ARCHER & GREINER
One Centennial Square
Haddonfield, NJ 08033
T: (856) 795-2121
F: (856) 795-0574

Attorneys for Defendant
Maarv Waterproofing, Inc.

2271682.01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MAARV WATERPROOFING, INC.,<br><br>        Defendant. | Case No. 1:CV 07-0501<br>Hon. Richard J. Leon |

## **LOCAL RULE 7(K) STATEMENT**

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, DC  20006
    Telephone: (202) 420-2234
    Facsimile   (202) 420-2201

    Alexander Nemiroff, Esq.
    Peter L. Frattarelli Esq.
    Douglas Diaz, Esq.
    Archer & Greiner
    One Centennial Square
    Haddonfield, NJ  08033
    Telephone: (856) 795-2121
    Facsimile   (856) 795-0574