IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 07-CV-0501 (RJL) |
| ) | |
| MAARV WATERPROOFING, INC., ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION AND INCORPORATED MEMORANDUM TO EXTEND
THE DUE DATES FOR DISPOSITIVE MOTIONS AND BRIEFS AND
THE OPPOSITION AND REPLY BRIEFS ON DEFENDANT'S MOTION
FOR LEAVE TO FILE A THIRD PARTY COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiffs, Trustees of the Bricklayers & Trowel Trades International Pension Fund and International Union of Bricklayers and Allied Craftworkers, by counsel, hereby file this Consent Motion to extend the due dates for (i) dispositive motions and memoranda; and (ii) Plaintiffs' Opposition to Defendant's Motion for Leave to File a Third Party Complaint and Defendant's Reply thereto.

1.  On March 15, 2007, Plaintiffs filed a Complaint in this matter, which was answered by Defendant on May 3, 2007.

2.  On June 14, 2007, this Court entered a Minute Order setting the following deadlines: October 29, 2007 for close of discovery; dispositive motions by November 12, 2007; oppositions to dispositive motions by December 3, 2007; and dispositive motion replies by December 17, 2007.

3.  On October 18, 2007, Plaintiffs filed an Amended Complaint against Defendant in this action and, on October 25, 2007, Defendant answered the Amended Complaint.

4.  Consistent with the prior schedule established by the Court, the parties finished discovery in this matter by taking several depositions in New Jersey during the week of October

22, 2007. The transcripts from those depositions have not yet been received but should be arriving this week.

5. On October 29, 2007, after completion of the depositions, Defendant filed a Motion for Leave to File a Third Party Complaint. Pursuant to Local Rule 7, Plaintiffs have until November 9, 2007 to file any Opposition to that motion.

6. Ira R. Mitzner, counsel for the Plaintiffs, has been out of state on other matters since October 31, 2007 and will not return to the office until November 12, 2007. Also, counsel's primary contact at the Plaintiffs regarding this litigation is out of the office recovering from surgery during part of November. Furthermore, now that the depositions and all discovery has been completed, the parties have just begun initial settlement discussions in an effort to resolve this case. For all of these reasons, Plaintiffs seek an extension of the current deadline of November 12, 2007 for filing dispositive motions and the current deadline of November 9, 2007 for filing any Opposition to Defendant's motion for leave to file the Third Party Complaint.

7. Plaintiffs' counsel has discussed this matter with counsel for Defendants, who has agreed to an amended briefing schedule for these motions. Specifically, the parties have agreed to the following amended briefing schedule:

| | |
|---|---|
| Plaintiffs' Opposition to Motion for Leave – | November 21, 2007 |
| Defendant's Reply in Support of Motion for Leave – | December 5, 2007 |
| Dispositive Motions – | December 14, 2007 |
| Oppositions to Dispositive Motions – | January 14, 2008 |
| Replies in Support of Dispositive Motions – | January 28, 2008 |

8. The parties have not previously sought any prior extensions of time in this matter. Moreover, no pretrial conference or trial date has been scheduled in this matter. Accordingly, the extensions requested in this motion will not affect any other dates or deadlines that have been set by the Court.

2348074.01

9.  Accordingly, Plaintiffs, with the consent of Defendant, respectfully request that the Court set the following amended briefing schedule in this matter:

| | | |
|---|---|---|
| Plaintiffs' Opposition to Motion for Leave | – | November 21, 2007 |
| Defendant's Reply in Support of Motion for Leave | – | December 5, 2007 |
| Dispositive Motions | – | December 14, 2007 |
| Oppositions to Dispositive Motions | – | January 14, 2008 |
| Replies in Support of Dispositive Motions | – | January 28, 2008 |

Respectfully submitted,

Dated: November 7, 2007

By: _____/s/_____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
T: (202) 420-2234
F: (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.

2348074.01

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MAARV WATERPROOFING, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07-CV-0501 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Plaintiffs' Consent Motion and Incorporated Memorandum to Extend the Due Dates for Dispositive Motions and Briefs and the Opposition and Reply Briefs on Defendant's Motion for Leave to File a Third Party Complaint, the Court finds that the motion should be granted. **ACCORDINGLY**, it is hereby

**ORDERED**, that the motion be, and it hereby is, **GRANTED**, and further

**ORDERED** that Plaintiffs' Opposition to Defendant's Motion for Leave to File a Third Party Complaint shall be filed by November 21, 2007, Defendant's reply thereto shall be filed by December 5, 2007, dispositive motions shall be filed by December 14, 2007, oppositions to dispositive motions shall be filed by January 14, 2008, and replies to dispositive motions shall be filed by January 28, 2008.

**SO ORDERED**, this _____ day of_____, 2007.

_____
Richard J. Leon
United States District Judge

2348285.01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Case No. 07-CV-0501 (RJL) |
| MAARV WATERPROOFING, INC., | ) ) ) |
| Defendant. | ) ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esq.
> Charles V. Mehler III, Esq.
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, DC  20006
> Telephone: (202) 420-2234
> Facsimile   (202) 420-2201

> Alexander Nemiroff, Esq.
> Peter L. Frattarelli Esq.
> Douglas Diaz, Esq.
> Archer & Greiner
> One Centennial Square
> Haddonfield, NJ  08033
> Telephone: (856) 795-2121
> Facsimile   (856) 795-0574

2270185.01